| Commonwealth of Pennsylvania  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|
| COUNTY OF Washington | |

| Docket Number (Issuing Authority): | Police Incident Number: 201-2019 | Warrant Control Number: |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

Your affiant, Officer Glen Thomson, is a humane society police officer, holding a current appointment with the Commonwealth to act as a humane society officer for the prevention of cruelty to animals. As such, I am empowered to make arrests within the meaning of section 3708 of Chapter 37 of the Pennsylvania Statutes. I have been employed as a humane society police officer by the Washington Area Humane Society for three years. Every year I investigate more than 500 complaints of animal cruelty ranging from neglect to abuse and hoarding.

On August 26, 2019 at approximately 0811 hours I received a call from the chief of police in Jefferson TWP regarding an abandoned puppy. He in informed me that the suspect involved was investigated previously for animal cruelty. He also provided contact information for the individual who found the puppy on the road.

On August 27, 2019 Chief Karch provided screenshots of the puppy both from the citizen who found the dog on the road as well as screenshots from the suspects facebook page saying "Meet our newest addition".

On August 28, 2019 The citizen who found the dog brought it to the humane society because it started getting sick. The puppy was tested and immediately rushed to PVSEC for treatment for parvo.

According to the suspects Facebook page she posted pictures of the puppy just one hour before it was found by the citizen. Those pictures have since been deleted from her page. There are now pictures of a new puppy and I have close to a dozen screenshots of several other puppies she has posted that can not be accounted for.

I am requesting a warrant to seize the one known puppy and any others that the suspect may have.

GARY H. HAVELKA
MAGISTERIAL DISTRICT JUDGE
BURGETTSTOWN, WASHINGTON CO. PA
MY COMMISSION EXPIRES:
FIRST MONDAY JANUARY 2024

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

| _____ | 9/4/19 | _____ |
|---|---|---|
| Affiant Signature | Date | Issuing Authority Signature |

EXHIBIT "B"



COPY

| Commonwealth of Pennsylvania | APPLICATION FOR |
|---|---|
| **COUNTY OF** Washington | **SEARCH WARRANT** AND AUTHORIZATION |



| Docket Number (Issuing Authority): | Police Incident Number: 201-2019 | Warrant Control Number: |
|---|---|---|

| Glen Thomson | Washington Area Humane Society | (724) 470-9711 | 09/04/19 |
|---|---|---|---|
| *AFFIANT NAME* | *AGENCY* | *PHONE NUMBER* | *DATE OF APPLICATION* |

IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED (Be as specific as possible):

Any and all animals alive, dead, and/or unborn.

SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):

Grounds and any buildings at the property of 169 Eldersville Rd. Burgettstown, PA 15021 PARCEL NUMBER: 380-001-00-00-0034-00

NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED (If proper name is unknown, give alias and/or description):

Owner: James Smith Occupant Michael and Kayla Rotellini

| VIOLATION OF (Describe conduct or specify statute): | DATE(S) OF VIOLATION: |
|---|---|
| 18:5532 Neglect of animal 18:5534 Aggravated cruelty to animal | 08/25/19 |

☑ *Warrant Application Approved by District Attorney – DA File No. ___*
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)

☐ *Additional Pages Attached (Other than Affidavit of Probable Cause)*

☐ *Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages: ____*

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that the items or property identified are evidence or the fruit of a crime, or are contraband, or are expected to be otherwise unlawfully possessed or subject to seizure, and that these items or property are or are expected to be located on the particular person or at the particular place described above. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Washington Area Humane Society

| *Signature of Affiant* | *Agency or Address if Private Affiant* | |
|---|---|---|

Sworn to and subscribed before me this ___ day of September ___. Mag. Dist. No ___
GARY H. HAVELKA
MAGISTERIAL DISTRICT JUDGE
BURGETTSTOWN, WASHINGTON CO., PA
MY COMMISSION EXPIRES:

*Signature of Issuing Authority*

FIRST MONDAY JANUARY 2024

**SEARCH WARRANT**
TO LAW ENFORCEMENT OFFICER:

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto and made part hereof, from which I have found probable cause, I do authorize you to search the premises or person described and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☑ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than: *

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
12:00 P M, o'clock SEPT 6, 2019

☐ This Warrant shall be returned to judicial officer

\* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
\*\* If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit and wishes to issue a nighttime warrant, this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this __4__ day of SEPT. 2019 at 12:07 P M o'clock

| | 27-3-07 | |
|---|---|---|
| *Signature of Issuing Authority* | *Mag. Dist. or Judicial Dist.* | MY COMMISSION EXPIRES |

GARY H. HAVELKA
MAGISTERIAL DISTRICT JUDGE
BURGETTSTOWN, WASHINGTON CO., PA
MY COMMISSION EXPIRES
FIRST MONDAY JANUARY

Title of Issuing Authority: ☐ Magisterial District Judge   ☐ Common Pleas Judge

☐ *For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature.  (Pa.R.Crim.P. 211)*

9/4/19

*Signature of Issuing Authority (Judge of the Court of Common Pleas or Appellate Court Justice or Judge)*   *Date*