# 19-000183  COMPLAINT REPORT  Page No. 1
 02/17/2020

COMPLAINT NUMBER -> 19-000183

Received by: GENE KARCH

Date/Time received: 09/04/2019 @ 11:00   How received: Phone

Time dispatched: 11:00   Time arrived: 11:36   Time cleared: 14:20

COMPLAINANT -> WASH. CO. HUMANE SOCIETY

Address:
City: BURGETTSTOWN   State: PA   Zip: 15021   Phone: (724

TYPE OF COMPLAINT -> Assist Other P.D.

Nature of complaint: ASSIST OFFICER GLENN THOMSON SERVE A SEARCH WARRANT AT 169 ELDERSVILLE RD. KAYLA ROTELLINI. 1 DOG, 2 KITTENS, 1 CAT, 2 BIRDS TAKEN INTO CUSTODY. ALL CONNECTED WITH DOG THEY ALLEGED TO HAVE DROPED OFF. FELONY CHARGES TO FOLLOW.

How handled: Officer dispatched
Location code: JEFRSN   Location dispatched: 169 ELDERSVILLE RD

Officer dispatched: GENE KARCH

TIME ANALYSIS

| | | | |
|---|---|---|---|
| Queue time | <time received to dispatched> | = | 0 minutes |
| Travel time | <time dispatched to arrived> | = | 36 minutes |
| Response time | <time received to arrived> | = | 36 minutes |
| Action time | <time arrived to cleared> | = | 164 minutes |

COPY

EXHIBIT C

Jefferson Township Police Department