IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SMITH, SALLY SMITH, KAYLA ROTELLINI, MICHAEL ROTELLINI and ANTOINETTE MACZKO,<br><br>Plaintiffs,<br><br>v.<br><br>GENE KARCH, an individual,<br><br>Defendant. | Civil Action No. 2:19-cv-01672<br><br>HONORABLE WILLIAM S. STICKMAN<br><br><br><br><br><br><br><br>Electronically Filed. |

STIPULATION FOR DISMISSAL

The parties to this action, by and through their undersigned counsel of record, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

s/Christopher P. Furman
Christopher P. Furman, Esquire
98 East Maiden Street
Washington, Pennsylvania 15301

s/Joel S. Sansone
Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194
PA ID No. 41008

Dated: August 26, 2020

By the Court:

_____ J.